IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**WILLIAM L. SHARPE**
183 Vanarsdale Drive
West Columbia, South Carolina
29169

                Plaintiff,

                Case No. 13-CV-522

vs.

**SOUTH STATE CONTRACTORS, INC.**
c/o Jack Quillen
2325 Fairview Road
Afton, Tennessee
37616-4933

                Defendant.

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based on the information contained in the Plaintiff's Stipulation for Dismissal with Prejudice in the above-captioned matter, IT IS HEREBY ORDERED THAT THIS CASE IS DISMISSED WITH PREJUDICE.

Dated this 20th day of September, 2013.

                By: _Barbara B Crabb_
                Honorable ~~Stephen L. Crocker~~
                United States ~~Magistrate~~ District Judge