IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM L. SHARPE
183 Vanarsdale Drive
West Columbia, South Carolina
29169

                    Plaintiff,

          vs.                                      Case No. 13-CV-522

SOUTH STATE CONTRACTORS, INC.
c/o Jack Quillen
2325 Fairview Road
Afton, Tennessee
37616-4933

                    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

Based on the information contained in the Plaintiff's Stipulation for

Dismissal with Prejudice in the above-captioned matter, IT IS HEREBY ORDERED

THAT THIS CASE IS DISMISSED WITH PREJUDICE.


Dated this _**20ᵗʰ**_ day of September, 2013.


                              By: _Barbara B Crabb_
                              Honorable ~~Stephen L. Crocker~~
                              United States ~~Magistrate~~ Judge
                                        District